

# Summons

In the matter of   Charles Maxwell also known as Phillip Maxwell 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, General Delivery Nashville, Tennessee 37202
Internal Revenue Service (Division):   Small Business/Self-Employed
Industry/Area (name or number):   Gulf States
Periods:  See attached

## The Commissioner of Internal Revenue

To:  Oscar Mason

At:  3612 Meadow Drive  Nashville, Tennessee

You are hereby summoned and required to appear before   Ernest G. Schultz or designee
an officer of the Internal Revenue Service, to give testimony and to bring with you and to produce for examination the following books, records, papers, and other data relating to the tax liability or the collection of the tax liability or for the purpose of inquiring into any offense connected with the administration or enforcement of the Internal revenue laws concerning the person identified above for the periods shown.

**Do not write in this space**

Business address and telephone number of IRS officer before whom you are to appear:
810 Broadway Suite 500  Nashville, Tennessee 37203  (615) 250-5779

Place and time for appearance at  801 Broadway Room 149 Nashville, Tennessee

**IRS**
Department of the Treasury
Internal Revenue Service
www.irs.gov

Form 2039 (Rev. 12-2001)
Catalog Number 21405J

on the ___Eleventh___ day of ___February___, 2008 at ___8___ o'clock ___a___ m.
Issued under authority of the Internal Revenue Code this ___7th___ day of ___January___, 2008

_Ernest G. Schultz_
Signature of issuing officer — Revenue Agent — Title

_Cunningham_
Signature of approving officer (if applicable) — Group Manager — Title

Original — to be kept by IRS

Exhibit A

Tax periods: Years ending December 31, 1996, December 31, 1997, December 31, 1998, December 31, 1999, December 31, 2000, December 31, 2001, December 31, 2002, and December 31, 2003, December 31, 2004, December 31, 2005, and December 31, 2006



# Service of Summons, Notice and Recordkeeper Certificates

(Pursuant to section 7603, Internal Revenue Code)

I certify that I served the summons shown on the front of this form on:

| Date | Time |
|---|---|
| January 7, 2008 | 9:50 AM |

**How Summons Was Served**

1. ☒ I certify that I handed a copy of the summons, which contained the attestation required by § 7603, to the person to whom it was directed.

2. ☐ I certify that I left a copy of the summons, which contained the attestation required by § 7603, at the last and usual place of abode of the person to whom it was directed. I left the copy with the following person (if any): _____

3. ☐ I certify that I sent a copy of the summons, which contained the attestation required by § 7603, by certified or registered mail to the last known address of the person to whom it was directed, that person being a third-party recordkeeper within the meaning of § 7603(b). I sent the summons to the following address: _____
3612 Meadow Drive Nashville, Tennessee

| Signature | Title |
|---|---|
| Ernest D. Schultz | Revenue Agent |

4. This certificate is made to show compliance with IRC Section 7609. This certificate does not apply to summonses served on any officer or employee of the person to whose liability the summons relates nor to summonses in aid of collection, to determine the identity of a person having a numbered account or similar arrangement, or to determine whether or not records of the business transactions or affairs of an identified person have been made or kept.

I certify that, within 3 days of serving the summons, I gave notice (Part D of Form 2039) to the person named below on the date and in the manner indicated.

Date of giving Notice: January 7, 2008    Time: 11:00 A.M.

Name of Noticee: Charles Maxwell

Address of Noticee (if mailed): General Delivery Nashville, Tennessee 37202

**How Notice Was Given**

☒ I gave notice by certified or registered mail to the last known address of the noticee.

☐ I left the notice at the last and usual place of abode of the noticee. I left the copy with the following person (if any).

☐ I gave notice by handing it to the noticee.

☐ In the absence of a last known address of the noticee, I left the notice with the person summoned.

☐ No notice is required.

| Signature | Title |
|---|---|
| Ernest D. Schultz | Revenue Agent |

I certify that the period prescribed for beginning a proceeding to quash this summons has expired and that no such proceeding was instituted or that the noticee consents to the examination.

| Signature | Title |
|---|---|
| | Revenue Agent |

Form 2039 (Rev. 12-2001)