United States District Court, Middle, District, Tennessee Nashville   FILED

| UNITED STATES OF AMERICA | ) |
|---|---|
| Petitioner, | ) |
| v. | ) Case No: 3:12-cv-0053 |
| Oscar: Mason, | ) |
| Respondent. | ) |

2012 AUG 20 PM 2:59

U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN

## STATEMENT OF THE ISSUES ON APPEAL FOR JUDICIAL REVIEW

Respondent's brief statement of main issues on appeal are:

Violations of 5th Amendment to the Constitution for the United States of America, right to not be a witness against oneself and right to due process of law to include administrative proceedings.

Violations of 6th Amendment to the Constitution supra right to due process by an underlying criminal investigation.

Violation of 4th Amendment.

Prior order compliance; and/or, bad faith falsehoods and impossibility of order compliance to avoid disseizement of inalienable guaranteed rights.

Violations of the laws of the state of Tennessee.

Respectfully,

Oscar: Mason
mailing location:
C/O Charles: Maxwell
c/o  general delivery
      Nashville township
      the state of Tennessee (po# 37202)

Certificate of Service

I hereby certify that a true copy of the foregoing has been hand delivered, or placed with the United States Postal Service, postage prepaid, for mailing, to the following on this the 20th day of August, AD 2012: JERRY E, MARTIN, STEVE JORDAN, Matthew M. Curley, suite 961, 110 9th Avenue South, Nashville, Tennessee 37203-3870.

Oscar: Mason